[Crim. No. 441.  Third Appellate District.—June 27, 1918.]

THE PEOPLE, Respondent, v. STEFANO FLACCO, Appellant.

CRIMINAL LAW—RECORD—AFFIRMANCE OF JUDGMENT.—Where there has been no appearance for the appellant, and an examination of the record shows that he has been fairly tried and justly convicted, the judgment will be affirmed.

APPEAL from a judgment of the Superior Court of San Joaquin County, and from an order denying a new trial. D. M. Young, Judge.

The facts are stated in the opinion of the court.

A. H. Carpenter, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—There has been no appearance in this court for appellant. An examination of the record thoroughly convinces us that he was fairly tried and justly convicted.

The judgment and order are, therefore, affirmed.